1306054
0221 0402-1460H

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF GEORGIA

**07-493-M-01**

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| REED, SHAUN A | A2371820<br>GS2 | 11/30/2006 |
| | SPD 60/45 | |
| *Defendant* | | |

**FILED**

OCT 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____ $125.00 _____ may be Forfeited in Lieu of Appearance.

Date     MAR 3 0 2007

_____
United States Magistrate Judge
HON. G. R. SMITH

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| 10/9/07 | court |

Name _____ Title _____ District _____
Date   10/9/07            Signature _____

Oct 05 07 01:27p       SERIF                  9126524059              p.3



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

SOUTHERN DISTRICT OF GEORGIA       **07-493-M-01**

| UNITED STATES OF AMERICA vs. REED, SHAUN A | Violation Notice Number(s) A2371820 GS2 SPD 6045 | Violation Date(s) 11/30/2006 |
|---|---|---|

*Defendant*

**FILED**
OCT 0 9
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ _____**$125.00**_____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 30 Nov 20 06 while exercising my duties as a law enforcement officer in the Southern District of Georgia

While on patrol of Georgia Hwy 14E I observed a vehicle traveling at 60mph in a 45mph zone. I locked the 60mph on the radar and initiated a traffic stop. I issued the subject Mr Reed and 1805 and released him

**FILED**
OCT 09 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The foregoing statement is based upon
X  my personal observation     my personal investigation
  information supplied to me from my fellow officer's observation
  other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on  11 30 2006    Chris Gregg
             Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
           Date (mm/dd/yyyy)   US Magistrate Judge

CVB Scan 1/11/2007 12:55:50

---

**United States District Court**
**Violation Notice**

CVB Location Code: GS2
Violation Number: A 2371820
Officer Name: Gregg    Officer No: 4127

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 11 30 2006 0257
Offense Charged: GA Code 40-6-181  X State Code
Place of Offense: GA Hwy 14E mm 9
Offense Description: SPEED 60/45

**DEFENDANT INFORMATION**
Last Name: REED    First Name: Shaun    MI: A
Sex: Y Male  Female
VEHICLE DESCRIPTION VIN: 1G3WH52H41F193796
Tag No: KCD 6006  State: VA  Year: 01  Make/Model: OLD Intrigue  Color: Gold
Hair: Blk  Eyes: Bro  Height: 5'5  Weight: 178

A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT
  $ 50   Forfeiture Amount
  + $25  Processing Fee
  $ 75   Total Collateral Due

PAY THIS AMOUNT →

YOUR COURT DATE
Date (mm/dd/yyyy)    Time (hh:mm)

25207-06