## WARRANT FOR ARREST

CC-1 80 (Rev - OC 03-00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO | PAGE NO 07-493M-01 |
|---|---|---|

v.

**FILED**

SHAUN A. REED

FEB 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

SHAUN A. REED

DOB.        PDID#        DCDC#:        Reg. No.:

**WARRANT ISSUED ON THE BASIS OF**

- [x] Order of Court
- [ ] Indictment
- [ ] Information
- [ ] Complaint

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

FAILURE TO APPEAR BEFORE JUDGE SMITH IN THE SOUTHERN DISTRICT OF GEORGIA (SAVANNAH) ON 11/5/07.

(Original Charge : GA Code : 40-6-181 : Speeding 60/45)

IN VIOLATION OF:        UNITED STATES CODE TITLE / SECTION

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| HOLD WITHOUT BOND | |

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| MAGISTRATE JUDGE ALAN KAY | | November 7, 2007 |

| CLERK OF COURT. | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | | November 9, 2007 |

### RETURN

This warrant was received and executed with the arrest of the above-named person

| DATE RECEIVED 02/14/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 02/14/08 | PATRICK PAYNE DUSM | |

/ 306054

** TOTAL PAGE.01 **

** TOTAL PAGE.02 **